COURT OF APEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER**

Case number:          01-13-00148-CV

Style:                 In re CC&M Garza Ranches Limited Partnership, Relator

Original Proceeding on Petition for Writ of Mandamus from *In the Interest of Guardianship of Maria Cantu Garza,* No. 398977, and *Maria Cantu Garza v. Carmen Carlos Garza, Jr. and Delfina Garza, individually and on behalf of the Estate of Carlos Garza, Jr.,* No. 398977-401, in Probate Court No. 3 of Harris County, Texas, the Hon. Rory R. Olsen, presiding.

On February 21, 2013, relator, Delfina Jauregui Garza, on behalf of CC&M Garza Ranches Limited Partnership, filed a petition for writ of mandamus and "Relator's Motion for Temporary Relief." Relator's emergency motion is **granted.** The February 12, 2013 order that Case No. C-3959-12E in the 275th District Court in Hidalgo County, Texas, be transferred to Probate Court No. 3 of Harris County, Texas, is stayed. The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

The Court further requests a response from the real parties in interest. The responses, if any, are due **Monday, March 18, 2013.**

It is so ORDERED.

Judge's signature:   /s/ Jane Bland
                           Acting Individually

Date: February 25, 2013